NANDKUMAR RAMKUMAR, Appellant, v GRAND STYLE TRANSPORTA-
TION ENTERPRISES INC. et al., Respondents. GRAND STYLE
TRANSPORTATION ENTERPRISES INC. et al., Third-Party
Plaintiffs-Respondents, v GEORGINA D. CASTILLO, Third-
Party Defendant-Respondent.

Submitted April 29, 2013; decided May 2, 2013

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respon-
dents, v AMERICAN RE-INSURANCE COMPANY et al., Appel-
lants, et al., Defendants.

Submitted March 18, 2013; decided May 2, 2013

Motions for reargument denied [see 20 NY3d 407 (2013)].

Judge RIVERA taking no part.